UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | CIVIL ACTION NO. 2:17-CV-09362 |
| Plaintiff, | § § | |
| VERSUS | § § | JUDGE LEMELLE |
| GULF LOGISTICS OPERATING, INC. | § § § | MAG. JUDGE KNOWLES |
| Defendant, | § | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, GULF LOGISTICS OPERATING, INC. (referred to as "GLO"), will submit its Motion to Dismiss before the Honorable Magistrate Judge Daniel E. Knowles, III of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Courtroom B305, New Orleans, Louisiana, on the **10th day of January, 2018 @ 11:00 am**.

    Respectfully submitted:
    ALLEN & GOOCH
    A Law Corporation

    */s/ Laura Pryor Johnson*
    _____
    ALAN J. MECHE, #30631
    LAURA PRYOR JOHNSON, #34040
    P.O. Box 81129
    Lafayette, LA  70598-1129
    Telephone:  337-291-1660
    Fax:  337-291-1665
    Email:  AlanMeche@AllenGooch.com
    Email:  LauraJohnson@AllenGooch.com
    Attorneys for Gulf Logistics Operating, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via the Court's electronic system.

Lafayette, Louisiana, this 22nd day of December, 2017.

    */s/ Laura Pryor Johnson*
    _____
    LAURA PRYOR JOHNSON