## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | CIVIL ACTION NO. 2:17-CV-09362 |
| Plaintiff, | § § | |
| VERSUS | § § | JUDGE LEMELLE |
| GULF LOGISTICS OPERATING, INC. | § § | MAG. JUDGE KNOWLES |
| Defendant, | § § § | |

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss filed by Defendant, GULF LOGISTICS OPERATING, INC. is hereby granted dismissing Plaintiff's claims arising from a disability under 42 U.S.C.A. 12102(1)(A) & (B) and claims against G.L.O. for allegations of a failure to reasonably accommodate Mr. Gunderson.

THUS DONE AND SIGNED this ___ day of _____, 201__ in _____, Louisiana.

_____

UNITED STATES DISTRICT COURT JUDGE