**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT** | § | **CIVIL ACTION NO.** |
| **OPPORTUNITY COMMISSION,** | § | |
| | § | **2:17-09362** |
| **Plaintiff** | § | |
| | § | |
| | § | **JUDGE LEMELLE** |
| **v.** | § | |
| | § | **MAG. JUDGE KNOWLES** |
| **GULF LOGISTICS OPERATING, INC.,** | § | |
| | § | |
| **Defendant** | § | |

---

**PLAINTIFF'S NOTICE OF LACK OF UNANIMOUS**
**CONSENT TO PROCEED BEFORE THE MAGISTRATE JUDGE**

---

Plaintiff, the United States Equal Employment Opportunity Commission, hereby

files its notice that there is a lack of unanimous consent among the parties to proceed

before the Magistrate Judge in this matter, pursuant to 28 U.S.C.§636(c).  Therefore,

Plaintiff objects to any dispositive motions being heard by the Magistrate Judge in this

matter by automatic referral.

Respectfully submitted,

**JAMES L. LEE**
Deputy General Counsel
No Bar Roll No. Assigned

**GWENDOLYN YOUNG REAMS**
Associate General Counsel
No Bar Roll No. Assigned

**RUDY SUSTAITA**
Regional Attorney
Texas Bar Roll No. 195523560
U.S. Equal Employment
Opportunity Commission
Houston District Office
1919 Smith Street, 7th Floor
Houston, Texas  77002
Phone: (713) 651-4970
Fax: (713) 651-4995
Email: rudy.sustaita@eeoc.gov

**GREGORY JUGE**
Supervisory Trial Attorney
La. Bar Roll No. 20890
U.S. Equal Employment
Opportunity Commission
500 Poydras Street, Suite 809
New Orleans, La. 70130
Direct: (504) 676-8239
gregory.juge@eeoc.gov

/s/ *Michelle T. Butler*

**MICHELLE T. BUTLER (TA)**
Senior Trial Attorney
La. Bar Roll No.1286
U.S. Equal Employment
Opportunity Commission
New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, La. 70130
Direct: (504) 595-2872
Fax:     (5040 595-2886
michelle.butler@eeoc.gov

**ANDREW B. KINGSLEY**
Trial Attorney
La. Bar Roll No. 35865
U.S. Equal Employment
Opportunity Commission
500 Poydras Street, Suite 809

2

New Orleans, La. 70130
Direct: (504) 208-8661
Fax:    (504) 595-2886
andrew.kingsley@eeoc.gov

**COUNSEL FOR PLAINTIFF EEOC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of

record via ECF on this 22nd day of December 2017.


/s/ *Michelle T. Butler*

**MICHELLE T. BUTLER (TA)**
Senior Trial Attorney

3