**KNOWLES, M.J.**
**DECEMBER 28, 2017**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 17-9362 |
| GULF LOGISTICS OPERATING, INC. | SECTION "B" (3) |

## O R D E R

One of the parties to this proceeding does not wish to consent to trial before the Magistrate Judge under 28 U.S.C. §636(c). [Doc. #8].

Accordingly, the matter is hereby returned to the docket of the District Judge for the scheduling of a preliminary conference and the selection of pre-trial and trial dates.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

**Clerk to Notify:**
Hon. Ivan L.R. Lemelle
U.S. District Judge