UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | § § § § § § § § § § § § | **CIVIL ACTION NO.** **2**:17-09362 **JUDGE LEMELLE** **MAG. JUDGE KNOWLES** |
| **Plaintiff** | | |
| **v.** | | |
| **GULF LOGISTICS OPERATING, INC.,** | | |
| **Defendant** | | |

**PLAINTIFF'S NOTICE THAT DEFENDANT CONSENTS TO ITS *EX PARTE* MOTION TO CONTINUE THE SUBMISSION OF DEFENDANT'S MOTION TO DISMISS**

Plaintiff United States Equal Employment Opportunity Commission hereby provides notice to the Court that Defendant Gulf Logistics Operating, Inc. has informed Plaintiff that it consents to Plaintiff's *ex parte* motion to continue the submission of Defendant's motion to dismiss (Rec. Doc. 11).

Respectfully submitted,

**JAMES L. LEE**
Deputy General Counsel
No Bar Roll No. Assigned

**GWENDOLYN YOUNG REAMS**
Associate General Counsel
No Bar Roll No. Assigned

1

**RUDY SUSTAITA**
Regional Attorney
Texas Bar Roll No. 195523560
U.S. Equal Employment
Opportunity Commission
Houston District Office
1919 Smith Street, 7th Floor
Houston, Texas 77002
Phone: (713) 651-4970
Fax: (713) 651-4995
Email: rudy.sustaita@eeoc.gov

**GREGORY JUGE**
Supervisory Trial Attorney
La. Bar Roll No. 20890
U.S. Equal Employment
Opportunity Commission
500 Poydras Street, Suite 809
New Orleans, La. 70130
Direct: (504) 676-8239
gregory.juge@eeoc.gov

**MICHELLE T. BUTLER (Lead)**
Senior Trial Attorney
La. Bar Roll No.1286
U.S. Equal Employment
Opportunity Commission
New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, La. 70130
Direct: (504) 595-2872
Fax:     (5040 595-2886
michelle.butler@eeoc.gov

   /s/ Andrew B. Kingsley
**ANDREW B. KINGSLEY**
Trial Attorney
La. Bar Roll No. 35865
U.S. Equal Employment
Opportunity Commission

2

500 Poydras Street, Suite 809
New Orleans, La. 70130
Direct: (504) 208-8661
Fax:    (504) 595-2886
andrew.kingsley@eeoc.gov

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record via ECF on this 2nd day of January, 2018.

                                      __/s/ Andrew B. Kingsley_____
                                      **ANDREW B. KINGSLEY**