```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-9362** |
| **GULF LOGISTICS OPERATING, INC.** | **SECTION "B"(3)** |

## ORDER

Considering "Plaintiff's *Ex-Parte* Motion to Continue Submission of Defendant's Motion to Dismiss" (Rec. Doc. 11) and the notice of Defendant's consent to the continuance (Rec. Doc. 12),

**IT IS ORDERED** that the motion is **GRANTED**. The submission date for Defendant's Motion to Dismiss (Rec. Doc. 7) is **CONTINUED** to **JANUARY 17, 2018.**

New Orleans, Louisiana, this 2nd day of January, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE