**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT** | § | **CIVIL ACTION NO.** |
| **OPPORTUNITY COMMISSION,** | § | |
| | § | **2:17-09362** |
| **Plaintiff** | § | |
| | § | **JUDGE IVAN LEMELLE** |
| **V.** | § | |
| | § | **MAG. JUDGE DANA DOUGLAS** |
| | § | |
| **GULF LOGISTICS OPERATING, INC.,** | § | |
| **Defendant** | § | |

## ORDER

Considering the Joint Motion to Enter Consent Decree filed by all parties and the appended Consent Decree, the Court grants the parties' motion.

Further, the Court having approved and executed the Consent Decree, hereby instructs the Clerk of Court to enter the Decree into the record which will formalize the resolution of this matter and will not prejudice any of the parties, with each party to bear their own costs and attorneys' fees.

Rendered and signed at New Orleans, Louisiana, this _____ day of _____, 2019.


                                         _____
                                         **UNITED STATES DISTRICT COURT JUDGE**